■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON VAQUERO, Appellant. [673 NYS2d 613] —Application by the appellant, *inter alia,* for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 1, 1990 (*People v Vaquero,* 166 AD2d 468), affirming a judgment of the County Court, Westchester County, rendered September 3, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Miller, O'Brien and Thompson, JJ., concur.